IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

```
J.W.,                            :
                                 :
        Plaintiff,               :
                                 :
v.                               :   CASE NO. 3:23-CV-2-CDL-MSH
                                 :
COMMISSIONER OF SOCIAL           :
SECURITY,                        :
                                 :
        Defendant.               :
_____  :
```

**ORDER**

Defendant has filed an unopposed motion to remand this case to the Commissioner of Social Security (Commissioner) for further action under sentence four of 42 U.S.C. § 405(g). Upon consideration of the motion, and the grounds urged in support thereof, it is: **ORDERED** and **ADJUDGED** that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is hereby remanded to the Commissioner. Following remand, the Commissioner will further evaluate the medical opinions and prior administrative medical findings; take any further action to complete the administrative record; offer the claimant the opportunity for a hearing; and issue a new decision.

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 4th day of April, 2023.

                                              _S/Clay D. Land
                                              CLAY D. LAND
                                              UNITED STATES DISTRICT JUDGE