IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| J.W., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 3:23-CV-2-CDL-MSH |
| | : |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
| Defendant. | : |

**ORDER**

Upon consideration of Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Defendant's lack of opposition, it is ORDERED that

1. Plaintiff is awarded attorney's fees in the amount of $767.94.

2. Any Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel if Plaintiff owes a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the government may accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel.

The Clerk shall enter a judgment consistent with this Order.

SO ORDERED, this 29th day of June, 2023.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE